# United States District Court

## WESTERN DISTRICT OF WASHINGTON

KYLE W DAVIS

v.

VIC SAMUELSON, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5078FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.    The Court adopts the Report and Recommendation.

2.    Plaintiff's causes of action are DISMISSED due to Plaintiff's failure to respond to the Court's order to show cause and pursuant to <u>Heck v. Humphrey</u>, 114 S. Ct. 2364 (1994).

| | |
|---|---|
| March 14, 2008 | BRUCE RIFKIN |
| | Clerk |
| | |
| | s/ D. Forbes |
| | By, Deputy Clerk |